CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 8 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KYMBER L. NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00019 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY BERRYHILL, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I deny Plaintiff Kymber Norman's ("Plaintiff") Motion for Summary Judgment [ECF No. 13], grant the Commissioner's Motion for Summary Judgment [ECF No. 15], and affirm the Commissioner's decision. The R&R was filed on July 16, 2018 [ECF No. 19], and Plaintiff filed objections on July 30 [ECF No. 20]. The Commissioner responded [ECF No. 21], and the matter is now ripe for review. See Fed. R. Civ. P. 72(b). After careful review and consideration, and for the reasons stated in the Memorandum Opinion filed herewith, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's objections are **OVERRULED**, the R&R is **ADOPTED**, Plaintiff's Motion for Summary Judgment is **DENIED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, and the final decision of the Commissioner is **AFFIRMED**. The clerk is directed to remove this case from the active docket of the Court.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to all counsel of record as well as to Magistrate Judge Hoppe.

**ENTERED** this 8th day of November, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE